# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. GRADFORD,<br><br>Plaintiff,<br><br>v.<br><br>ADAM CHRISTIANSON, et al.,<br><br>Defendants. | 1:18-cv-00534-SKO (PC)<br><br>New Case No. 1:18-cv-00534-DAD-GSA (PC)<br><br>ORDER RELATING CASES AND REASSIGNING ACTION TO MAGISTRATE JUDGE GARY S. AUSTIN AND DISTRICT JUDGE DALE A. DROZD |

On April 11, 2018, Plaintiff filed this Civil Rights Complaint pursuant to 42 U.S.C. § 1983. In this action, Plaintiff alleges that the three named defendants retaliated against him for reporting Deputy Tiexiera for throwing another inmate, who was experiencing a medical emergency, against the wall and threatening Plaintiff. (Doc. 1.)

The Court's review of this case reveals that the instant action is related under Local Rule 123 to the action entitled *Gradford v. McDougall, et al.*, 1:17-cv-00201-DAD-GSA (PC). These actions are based in part on the same underlying facts and involve overlapping questions of law and fact.

Accordingly, IT IS HEREBY ORDERED that:

1. The Office of the Clerk shall relate this case with case
 1:17-cv-00201-DAD-GSA-(PC);

2. This case shall be re-assigned to the docket of District Judge Dale A. Drozd;

/ / /

1

3. The new case number shall be:

1:18-cv-00534-DAD-GSA (PC)

and all future pleadings and/or correspondence must be so numbered. Use of an incorrect case number or incorrect judge's initials may result in delay in processing documents and distribution of copies to the judge assigned.

IT IS SO ORDERED.

Dated: **April 30, 2018**          /s/ *Sheila K. Oberto*
                                   UNITED STATES MAGISTRATE JUDGE